IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ARANSAK KEOVIXAY, | § | |
| --- | --- | --- |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **3:06-CV-0277-L** |
| | § | (Consolidated with 3:06-CV-0278-L) |
| | § | |
| **NATHANIEL QUARTERMAN, Director**, | § | |
| **Texas Department of Criminal Justice**, | § | |
| **Correctional Institutions Division**, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

Before the court is Keovixay's Petition for Writ of Habeas Corpus, filed February 14, 2006. Pursuant to Special Order 3-251, the Complaint was referred to United States Magistrate Judge Irma C. Ramirez, on February 14, 2006. On April 9, 2008, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") was filed. Petitioner filed objections to the Report on April 14, 2008.

This is a habeas petition filed pursuant to 28 U.S.C. § 2254. Petitioner alleges that during his trial, the state court allowed the Government to strike a venireperson based upon race. Magistrate Judge Ramirez found that Petitioner's unsupported assertions did not constitute clear and convincing evidence that the state court's determination regarding the validity of the strike was unreasonable or that the factual premise was incorrect. Plaintiff objects to the magistrate judge's finding because, according to him, it approves the trial court's ruling even though the trial court failed to make a "searching and serious analysis of the reasons given for the juror strike." Pet. Obj. 2. This objection fails because it is not supported by the record. Morever, Petitioner offers no

Order – Page 1

evidence to support this conclusory statement. Therefore, the court **overrules** this objection. Having reviewed the Complaint, file, record, and the Report in this case, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court therefore **dismisses with prejudice** the writ of habeas corpus.

    **It is so ordered** this 30th day of April, 2008.

                                          Sam A. Lindsay
                                          United States District Judge